FREDERICK A. BUSCH, Appellant, *v.* LOWELL M. CUMMINGS, Respondent.

*Busch* v. *Cummings,* 57 App. Div. 636, affirmed.
(Argued October 10, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 4, 1901, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Francis E. Wood* and *Busch & Harvey* for appellant.

*Frederick G. Mitchell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J., and BARTLETT, J.

---

EUNICE NIEMOLLER, Respondent, *v.* NAOMI DUNCOMBE, Appellant.

*Niemoller* v. *Duncombe,* 59 App. Div. 614, affirmed.
(Argued October 10, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1901, upon an order reversing a judgment in favor of defendant entered upon a dismissal of the complaint and directing judgment for plaintiff upon a verdict which had been set aside by the trial court.

*Roger M. Sherman* for appellant.

*William L. Snyder* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.